1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-6666

6  Seeking Appointment as Attorney for Defendant
   LADONNA FAYE CHANDLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:12-mj-280 DAD-1 |
|---|---|---|
| Plaintiff, | ) ) ) | REQUEST FOR APPOINTMENT OF COUNSEL; STIPULATION AND [LODGED] ORDER SETTING INITIAL APPEARANCE |
| v. | ) ) ) | |
| LADONNA FAYE CHANDLER, | ) ) | Date:     January 3, 2013 |
| Defendant. | ) ) ) ) | Time:     2:00 p.m. Court:    26 -- 8th Floor Judge:    Hon. ALLISON CLAIRE |
| _____ | ) | |

Ms. Chandler recently contacted the Office of the Federal Defender for assistance in the above-entitled matter. She has completed and signed a financial affidavit, and appears to qualify for appointment of counsel pursuant to 18 U.S.C. § 3006A. Accordingly, the Office of the Federal Defender requests to be appointed counsel for Ms. Chandler.

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Michelle Rodriguez, and defendant, LADONNA FAYE CHANDLER, assisted by the Federal Defender's Office, as follows:

(1) Ms. Chandler's initial appearance may be scheduled for Thursday, January 3, 2013, in Courtroom 26 on the 8th Floor, at 2:00 p.m.; and,

(2) Ms. Chandler agrees to be present at her January 3, 2013 initial appearance before

this Court.

Dated:  December 20, 2012

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| /s/ *Michelle Rodrigeuz*<br>MICHELLE RODRIGUEZ<br>Assistant United States Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Seeking appointment as<br>Attorney for Defendant<br>LADONNA FAYE CHANDLER |

**ORDER**

Pursuant to the Defendant's request, and good cause appearing therefor, it is hereby **ORDERED** that the Office of the Federal Defender is appointed to represent Ladonna Faye Chandler in the above-entitled matter.  Pursuant to the parties' stipulation, Ms. Chandler's initial appearance on the Complaint filed October 30, 2012 is **SET** for Thursday, January 3, 2013, at 2:00 p.m., in Courtroom 26 on the eighth floor.

Dated:  December 19, 2012.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE